UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-275-FL-1

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| SAMUEL DEWAYNE DOOLITTLE | |

On motion of the Defendant, Samuel Dewayne Doolittle, and for good cause shown, it is hereby ORDERED that DE 50 be sealed until further notice by this Court.

IT IS SO ORDERED.

This 25th day of January, 2019.

_____
LOUISE WOOD FLANAGAN
United States District Judge